# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL GENERAL CLEANING INC., <br><br> Plaintiff, <br><br> v. <br><br> HS HIEX HOTEL LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) No. 2:25-cv-02216-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed February 26, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Joint Notice of Settlement (ECF No. 21), filed August 6, 2025, judgment is entered and all claims in this matter are hereby **DISMISSED**. The Court shall retain jurisdiction for the purpose of enforcing the Parties' settlement agreement pursuant to Kokkonen v. Guardian Life Insurance Company of America, 511 U.S. 375, 381–82 (1994).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

August 11, 2025
Date